## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOROTHY STALLWORTH ANDREWS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:06CV949-LG-JMR** |
| | § | |
| **HOTEL REED NURSING HOME** | § | **DEFENDANT** |

### JUDGMENT

This matter having come on to be heard on the Motion to Dismiss for Lack of Prosecution [33] filed by the defendant, Hotel Reed Nursing Home, the Court, after consideration of the Motion, the record in this matter, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss for Lack of Prosecution [33] filed by the defendant, Hotel Reed Nursing Home, is **GRANTED**.  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2008.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE